IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| The Law Offices of Robert T. Hanlon and Associates, P.C., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 17 CV 50104 |
| v. | ) ) Magistrate Judge Iain D. Johnston |
| James Bernardoni, *et al.*, | ) ) |
| Defendants. | ) |

### REPORT AND RECOMMENDATION

Motion hearing held on August 3, 2017. Defendants were not present.

Before the Court is Plaintiff's Motion for Default Judgment. Dkt. 38. On April 7, 2017, Plaintiff filed an Amended Complaint against Defendants James Bernardoni, Exicon LLC, Exicon Partners LLP, and Bank of America alleging conversion and conspiracy for failing to return $99,000 that was erroneously wired from Plaintiff's account. Dkt. 4.[1] Bank of America was subsequently dismissed from the case. Dkts. 23, 28-29.

On May 3, 2017, the Clerk entered an order of default against Defendant Exicon LLC for failing to answer or otherwise defend. Dkt. 20. On May 22, 2017, the Clerk entered orders of default against Defendants James Bernardoni and Exicon Partners LLP. Dkt. 32. In light of the entries of default, Plaintiff now seeks entry of a judgment in the amount of $396,000, comprised of $99,000 that was wrongfully withheld plus $297,000 in punitive damages. Plaintiff has provided proper notice to all Defendants by regular and certified mail. To date, Defendants have not appeared or responded to the Motion.

Accordingly, it is this Court's Report and Recommendation that Plaintiff's Motion for Default Judgment be entered in favor of Plaintiff and against Defendants James Bernardoni, Exicon LLC, Exicon Partners LLP jointly and severally in the amount of $396,000. Any objection to this Report and Recommendation must be filed by August 18, 2017. Failure to object may constitute

---

[1] Although Plaintiff filed a Second Amended Complaint, the pleading was stricken for failure to seek leave. *See* Dkts. 33-34. Plaintiff ultimately elected to proceed on the Amended Complaint.

a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: August 4, 2017          By: _____
                                  Iain D. Johnston
                                  United States Magistrate Judge