IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The Law Offices of Robert T. Hanlon and Associates, P.C., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No: 17 C 50104 |
| James Bernardoni, et al., | ) ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [41] from the magistrate judge that this court grant plaintiff's motion for entry of default judgment and enter judgment against defendants jointly and severally in the amount of $396,000. The record shows that defendants were served no later than April 13, 2017, have failed to answer or otherwise plead, and have not filed any objections to the R&R. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motion for entry of default judgment [38]. Default judgment will enter against defendants in the amount of $396,000. This case is closed.

Date: 8/21/2017         ENTER:

_____
FREDERICK J. KAPALA
District Judge